

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00776-CV

Robert **RODRIGUEZ**,
Appellant

v.

**OCWEN LOAN SERVICING**,
Appellee

From the 352nd District Court, Tarrant County, Texas
Trial Court No. 352-256762-11
The Honorable Bonnie Sudderth, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Sandee Bryan Marion, Justice

Delivered and Filed:  November 20, 2013

DISMISSED FOR WANT OF PROSECUTION

This appeal was transferred to this court from the Second Court of Appeals on October 29, 2013.  Before the appeal was transferred, the Second Court of Appeals issued a letter on October 23, 2013, stating the trial court clerk had informed the Second Court that appellant had not made payment arrangements to pay for the clerk's record.  The letter stated that the appeal would be dismissed for want of prosecution unless payment arrangements were made by November 4, 2013, and proof of payment was provided to the court.  After the appeal was transferred, a deputy clerk of this court left a telephone message for appellant's attorney regarding the Second Court's letter.

As of this date, no response has been filed to the letter. Accordingly, this appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b). Costs of the appeal are taxed against the appellant.

PER CURIAM